UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JAMELLE CRADDOCK, *pro se*,

        Plaintiff,

-against-

POLICE OFFICER HENNING, et. al.,

        Defendants.

------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 13 2006 ★
BROOKLYN OFFICE

**ORDER ADOPTING**
**REPORT AND RECOMMENDATION**
~~06-CV-1105~~ (DLI)(LB)
06-CV-1150

**DORA L. IRIZARRY, U.S. District Judge:**

It appearing that no objections have been filed to the Report and Recommendation of the Honorable Lois Bloom, U.S.M.J. dated October 4, 2006; and

Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

ORDERED that this action is dismissed; and it is further hereby

ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties. The Clerk of the Court is further directed to close this case.

DATED:    Brooklyn, New York
              November 8, 2006

                                                  _____
                                                  DORA L. IRIZARRY
                                                  United States District Judge